No. CV-06975-SBA
No-C. 06-6975-SBA.

Southern District Court
880 Front Street, Suite 4290
San Diego C.A 92101.

FILED
MAR 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

'08 CV 0585 WQH AJB

ARDY D Chadwick.
C.M.C. 73/20
P.O Box 8101
San luis obispo C.A 93409.

FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ___ No ✓
COPIES SENT TO Court ✓ Prob ___

Dear Sir/Maddom.

My name is ARDY D. Chadwick. and my reason for writting you is I'm the one who got Beat up By a San Diego police officer lie on By officer Hall.

Well my reason for writting you is this. I want this to go to court and a trile By jury. I am asking is there a date plan for me to come and fight this case? Now Both cops lie on me. officer Hall said He gave me money. He Do'd not give me no money. They said I had a white crime well that's a lie as well. I don't hang around with white people. and They put a white man who supose to Be with me well let me tell you this. I never seen this white man in my life. I was Down on 15Th and Island helping to friends of my mark and amy get on the Bus Back. To Salt lake City mark is Black and amy is white. I did nothing wrong now the white cop who jump on me Busted. my Ear Drum head injury and lower Back prombles. Because his Day went Bad already and that's not right for a cop who where a Bage can go around Beat up on people and

get a way with it. well not me he got me from Behine and the want to body slam me on the hood. hit my head on the windshild to where now I have seizur now. thanks to him, my lawyer o yeh I'm going to put him and the police out on Front Street. I have to where we aids now. I want you in the court to see what this man did to me and lie saying he found Drugs on me that Found nothing on me how can you have something in your pants pocket when the pants I had on did not have no pockets on them.)) But again I wanted to go to trile with this my lawyer said no we are not going to trile with this. The cop did not read me my rights He wouldn't let me see a Doctor. This cop wanted to Kill me and if mark and amy didn't come around that corner he would Because every Body was at the Bridge, I did not care what was going on at that Bridge. I was down there to help two friends get on the gray hound Bus and I was on my way Back to work my D-Telling Shop. which is close Because of him people are now starting to take the law into there own hands. Because you can not trust a cop any way. They lie on you and you will get a judge who don't give a Damn. your telling the trueth till you Blue in the face. But your going to prison any way. This place is crazy. This isn't america, it Hell. and people are going to prison on B.S. and that wrong But I am going to

The police Department Down Trust me and Both officer will be on The paper when I Tell The whole Trueth. about how officer hall gave money To a crack head head. To by him The Dope and They let him get away But I'm the one who get jump By a Dusty rusty cop and for what not a Damn Thing I'm going To write To Every paper, I'll write To The moon about S.D.P.D. how come They Dont Beat up on white people? There some many niggus in prison you can make a Trazan movie,

it is wrong for human get treated like This I'm at a prison where men having Sex or getting rape By other men. These people dont give a Dame about inmate, They Talk To Badly now a c/o choke and Beat up his step son he only got proBation. if That was my sun That c/o would Be in worst Trouble by me Then The court. I'll got To prison over my family. I dont care how people feel about This letter. I'm mad as hell. what I got To go Through seening men Kiss one another call each other husband and wife, I know I'm mest up in The head But I know Between a woman and a man, now all my paper work is in now I want To fight This get my witness so mark can Tell what he saw on That Day, and I will put The jury To The crime seen so They To will know what happen. But I am asking 3.15 million Doller for my injury's. I'm on pill for The rest of my life.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Ardy D. Chadwick

**DEFENDANTS**

San Diego Police Department

FILED
MAR 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Luis Obispo
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ardy D. Chadwick
PO Box 8101
San Luis Obispo, CA 93409
T-13047

ATTORNEYS (IF KNOWN)

'08 CV 0585 WQH AJB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE 3/26/2008   SIGNATURE OF ATTORNEY OF RECORD