PLAINTIFF/PETITIONER/MOVANT'S NAME Chadwick ARDY D.

PRISON NUMBER T-13047

PLACE OF CONFINEMENT CMC East

ADDRESS P.O Box 8101-
San louis obispo CA 93409

**FILED**
APR 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Chadwick ARDY D.,
Plaintiff/Petitioner/Movant

v.

San Diego police Dept,
Defendant/Respondent

Civil No. 08CV0585 WQH (AJB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Chadwick ARDY Demetrius declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐No  (If "No" go to question 2)
   If "Yes," state the place of your incarceration CMC East
   Are you employed at the institution?          ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                              ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   2008 I work for my Dad (janitor). I was getting 400°° monthly.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: _____   Year: _____   Model: _____
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NA

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):   NA

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):   NA

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

4/10/08
DATE

*Chadwick ARDY D.*
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Ardy Chadwick__,
(NAME OF INMATE)

__T13047__,
(INMATE'S CDC NUMBER)

has the sum of $ __- 0 -__ on account to his/her credit at _____

__California Men's Colony__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __- 0 -__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __- 0 -__,

and the *average monthly deposits* to the applicant's account was $ __- 0 -__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__4/15/08__                         __[signature]__
DATE                                SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Carole F Scott__
OFFICER'S FULL NAME (PRINTED)

__Account Technician__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                -4-                ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Chadwick ARDY  T-13047_, request and authorize the agency holding me in
   (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE _4/10/08_           _Chadwick ARDY Demetrius_
                                                           SIGNATURE OF PRISONER

```
               CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIFORNIA MENS COLONY
                   INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: NOV. 16, 2007 THRU APR. 15, 2008

ACCOUNT NUMBER : T13047              BED/CELL NUMBER: EFDQB7F300007320
ACCOUNT NAME   : CHADWICK, ARDY      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------   -------   ---------  --------  -----------  -------

11/16/2007   BEGINNING BALANCE                                           0.00

12/03*VD54 INMATE PAYROL 2365/08                  5.41                   5.41
12/03*VD54 INMATE PAYROL 2365/08                  3.89                   9.30
12/06 FC01 DRAW-FAC 1        CE2                            4.30         5.00
      ACTIVITY FOR 2008
01/02*VD54 INMATE PAYROL 2798/05                 10.67                  15.67
01/22 W512 LEGAL POSTAGE 3196                               0.75        14.92
01/25 W515 COPY CHARGE   3280                              14.92         0.00


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/06/01                CASE NUMBER: SCD157651
COUNTY CODE: SD                         FINE AMOUNT: $    400.00

  DATE     TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE
  ----     ------   -----------              -----------   -------

11/16/2007   BEGINNING BALANCE                              400.00

12/03/07   VR54   RESTITUTION DEDUCTION-SUPPORT    6.01-    393.99
12/03/07   VR54   RESTITUTION DEDUCTION-SUPPORT    4.32-    389.67
01/02/08   VR54   RESTITUTION DEDUCTION-SUPPORT   11.85-    377.82

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                         TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL         CURRENT    HOLDS     TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS   BALANCE    BALANCE   TO BE POSTED
---------    --------   -----------   -------    -------   ------------
   0.00       19.97        19.97        0.00       0.00        0.00


                                                CURRENT
                                                AVAILABLE
                                                BALANCE
                                                ---------
                                                   0.00
```

```
             CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CALIFORNIA MENS COLONY
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: NOV. 16, 2007 THRU APR. 15, 2008



         TOTAL NUMBER OF STATEMENTS PRINTED:          1

 TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:        0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE   4-15-08