# UNITED STATES DISTRICT COURT

### Southern District of California

Ardy D Chadwick
                                   Plaintiff,

v.                                                Case No.: 3:08–cv–00585–WQH–AJB

                                                               Judge  William Q. Hayes

San Diego Police Department
                                Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court denies Plaintiff's Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. Section 1915(g) and dismisses the case without prejudice for failure to prepay the full $350 civil filing fee required by 28 U.S.C. Section 1914(a).

                                                                          W. Samuel Hamrick, Jr.,
                                                                                 Clerk of the Court

Date: 5/6/08

                                                                        By: s/ M. Cruz, Deputy Clerk

                                                                        ENTERED ON: May 6, 2008